# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Century International Arms Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>XTech Tactical LLC, et al.,<br><br>Defendants. | No. CV-18-03404-PHX-GMS<br><br>**ORDER** |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 106), and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Dismissal (Doc. 106). The above-entitled action is dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER ORDERED** in light of the dismissal of this case, directing the Clerk of Court to term the pending Joint Stipulation for Extension of Deadline (Doc. 105) as moot and vacate the January 29, 2021 Final Pretrial Conference (Doc. 104).

Dated this 12th day of January, 2021.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge